# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GONZALES ROMERO,<br><br>            Plaintiff,<br><br>      v.<br><br>BILL WITTMAN,<br><br>            Defendant.<br>_____/ | 1:12-cv-01553-GBC (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on September 21, 2012. On October 4, 2012, Plaintiff filed a notice of change of address. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

**Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   October 10, 2012

UNITED STATES MAGISTRATE JUDGE